IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01440-AP

NAAMAN L. TILLMAN,

                               Plaintiff *Pro Se*,

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                               Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff | For Defendant: |
|---|---|
| Naaman L. Tillman<br>*Pro Se* Plaintiff<br>2350 Littleton, CO 80120<br>Littleton, CO 80120<br><br>303 798-0337<br>nlouiset@netzero.net | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>DEBRA J. MEACHUM<br>Special Assistant U. S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-1570<br>Facsimile: (303) 844-0770<br>debra.meachum@ssa.gov |

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:**   August 9, 2007
   B.   **Date Complaint Was Served on U.S. Attorney's Office:**   August 24, 2007
   C.   **Date Answer and Administrative Record Were Filed:**   October 24, 2007

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.  However, Plaintiff *pro se* reserves the right to submit additional evidence with her Opening Brief.

Defendant's counsel states that she will not object to Plaintiff submitting additional evidence with the opening brief, but cannot not agree to supplement the certified record with any evidence that was not before the ALJ or the Appeals Council.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff *pro se* states that she will submit additional evidence with her opening brief.  She has submitted one page of medical evidence to Defendant's attorney.

Defendant's counsel states that she will respond to any additional evidence on or before the date of filing a Response Brief.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.   OTHER MATTERS**

The parties that there are no other matters.

**8.     BRIEFING SCHEDULE**

Plaintiff *pro se* states that she intends to submit additional evidence with her opening brief, and that she is not yet in receipt of all such evidence.  Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

A.     **Plaintiff's Opening Brief Due:**     JANUARY 14, 2008
B.     **Defendant's Response Brief Due:**     FEBRUARY 14, 2008
C.     **Plaintiff's Reply Brief (If Any) Due:**     FEBRUARY 29, 2008

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

A.     **Plaintiff's Statement:**  Plaintiff does not request oral argument.
B.     **Defendant's Statement:**  Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.     ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
B.     (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 13th day of November, 2007.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE
HONORABLE JOHN L. KANE

APPROVED:

s/Naaman L. Tillman 11/13/07
Naaman L. Tillman
2350 Littleton, CO 80120
Littleton, CO 80120
303 798-0337
nlouiset@netzero.net

*Pro Se* Plaintiff

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov


s/Debra J. Meachum 11/13/07
DEBRA J. MEACHUM
Special Assistant U. S. Attorney
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-1570
Facsimile: (303) 844-0770
debra.meachum@ssa.gov